AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Jason Potter

*Defendant*

Case No. 11-10142-WGY

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2011 DEC -2 P 4: 52

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jason Potter ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:

Violation of Conditions of release

Date: 12/2/2011

Thomas F. Quinn
*Issuing officer's signature*

City and state: Boston, MA

Thomas F. Quinn
*Printed name and title*

### Return

This warrant was received on *(date)* ________ , and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: ________

*Arresting officer's signature*

*Printed name and title*

PS 8
(5/05)

# UNITED STATES DISTRICT COURT
# for the
# DISTRICT OF MASSACHUSETTS

United States of America

vs.

Jason Potter Docket No. 11cr10142 WGY

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

The undersigned Pretrial Services Officer presents this report regarding defendant , who was placed under pretrial release supervision by the Honorable Judith Dein, on 04/04/2011 under the following conditions:

1. Report to Pretrial Services as directed.
2. Maintain current residence in North Stratford, NH and do not move without prior Court permission.
3. Travel restricted to New Hampshire and Massachusetts, for Court purposes.
4. Obtain no passport.
5. Actively seek/maintain employment, and provide proof to Pretrial Services.
6. Do not possess any firearms, destructive devices, or other dangerous weapons.
7. Do not drink alcohol.
8. Do not use/possess any illegal narcotics or other controlled substances unless prescribed by a licensed medical practitioner.
9. Submit to a program of drug testing as directed by Pretrial Services.
10. Participate in a program of Inpatient or outpatient drug treatment, as deemed advisable by Pretrial Services.
11. Report any contact with law enforcement to Pretrial Services within 24 hours.
12. Statutory conditions of release.

And respectfully seeks action by the Court and for cause as follows:

(Insert here or if lengthy, attach on a separate sheet)

See attached.

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

☒ Issue a Warrant

☐ Issue a Summons for the defendant to appear for a show cause hearing

☐ Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 11/30/2011 Place: Boston, Massachusetts

Gina Affsa
U.S. Pretrial Services Officer

Date: 11/30/2011

ORDER OF COURT

☐ Warrant to Issue

☐ Summons to issue. Clerk to schedule show cause hearing.

☐ Other:

Considered and ordered this_____________day of_______________,20_____,and ordered filed and made part of the record in the above case.

______________________________
Judicial Officer

# MEMORANDUM

**To:** Honorable William G. Young, United States District Judge
Honorable Judith G. Dein, Chief United States Magistrate Judge

**cc:** Christopher Pohl, AUSA
Francisco Fernandez, Esq.

**From:** Gina Affsa, U.S. Pretrial Services Officer

**Re:** U.S. v. Jason Potter (11cr10142 WGY-01)

**Date:** November 30, 2011

Jason Potter, the defendant in the above matter, is named in an Indictment charging him with Conspiracy to make False Statements During the Purchase of Firearms, under Title 18, United States Code § 371. Since the outset of this case, Mr. Potter has been supervised in the District of New Hampshire pursuant to the Conditions of Release set by Chief Magistrate Judge Dein on April 4, 2011, which are outlined in the attached Petition for Action. On September 14, 2011, Mr. Potter entered a plea of guilty and was allowed to continue on release on said conditions pending his Sentencing Hearing, which is currently scheduled for December 15, 2011.

As Your Honor is aware, the defendant previously violated the condition that he refrain from use or possession of narcotic drugs or other controlled substances, as defined in Title 21, United States Code §802, unless prescribed by a licensed medical practitioner. On June 23, 2011, Chief Magistrate Judge Dein conducted a bail review hearing pursuant to the defendant's illegal drug use, to wit, his use of marijuana on May 12, 2011, cocaine on May 16, 2011, and heroin on June 2, 2011. At that time, Magistrate Judge Dein agreed to re-release the defendant but, warned him that any further violations will result in his immediate revocation of release. This officer has been notified by U.S. Probation Officer Paul Daniel, from the District of New Hampshire, that Mr. Potter was drug tested on November 15, 2011, and again tested positive for marijuana. The urine sample was confirmed to be positive for marijuana by the national laboratory on November 29, 2011.

In light of the above, this officer respectfully requests that Your Honor issue a warrant for the defendant's violations of conditions of release under Title 18, U.S.C. § 3148. At this time, Pretrial Services would respectfully recommend that the defendant be detained.

Respectively submitted,

Gina Affsa

Gina P. Affsa,
U.S. Pretrial Services Officer

Reviewed by,

Basil F. Cronin, Supervising
U.S. Pretrial Services Officer